# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 09-3933

_____

| | |
|---|---|
| Sokhna Kane, | * |
| | * |
| Petitioner, | * |
| | * Petition for Review of |
| v. | * an Order of the Board |
| | * of Immigration Appeals. |
| Eric H. Holder, Jr., Attorney | * |
| General of the United States, | * [UNPUBLISHED] |
| | * |
| Respondent. | * |

_____

Submitted: August 13, 2010
Filed: August 25, 2010

_____

Before WOLLMAN, MELLOY and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Mauritanian citizen Sokhna Kane petitions for review of an order of the Board of Immigration Appeals (BIA) that affirmed an immigration judge's denial of her motion to reopen. After careful review, we conclude that the BIA acted within its discretion. See Clifton v. Holder, 598 F.3d 486, 490-91 (8th Cir. 2010) (standard of review); Tamenut v. Mukasey, 521 F.3d 1000, 1001, 1004-05 (8th Cir. 2008) (en banc) (per curiam) (reopening sua sponte); Ghasemimehr v. Gonzales, 427 F.3d 1160, 1162 (8th Cir. 2005) (per curiam) (untimeliness); Hernandez-Moran v. Gonzales, 408 F.3d 496, 499-500 (8th Cir. 2005) (equitable tolling). Accordingly, we deny the petition for review.

_____